In the Matter of NORBURY THEATRE CORPORATION, Respondent. PIONEER ENGINE COMPANY NUMBER ONE, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post*, p. 958.]